**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVER-SITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS BURGUM, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-4285 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Relief from Local Rule 7(n), and good cause appearing, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Defendants are relieved of the requirements of Local Rule 7(n) for purposes of its Motion to Dismiss, Dkt. 9.

Dated: _____

_____
The Honorable Carl J. Nichols
United States District Judge