**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

　　　　*Plaintiff*,

　　v.

DOUGLAS J. BURGUM, Secretary, U.S.
Department of the Interior, *et al.*,

　　　　*Defendants*.

Civil Action No.: 1:25-cv-04285 (CJN)

**PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO AMEND
ITS COMPLAINT UNDER FED. R. CIV.
P. 15(a)(1)(B) BY APRIL 20, 2026**

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 15(a)(1)(B) and Section 9 of this

Court's Standing Order, Plaintiff the Center for Biological Diversity ("the Center") hereby

respectfully requests a seven-day extension to amend its Complaint as of right, from April 13, 2026

to April 20, 2026.[1] There are no other pending deadlines in this matter.

In addition, Plaintiff respectfully notifies the Court that, by April 20, 2026, it also intends to

file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and LCvR

7(h). Plaintiffs' summary judgment motion will seek declaratory and injunctive relief for

Defendants' violations of the Federal Lands Recreational Enhancement Act, 16 U.S.C. §§ 6801-

6814 ("FLREA") and the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) ("APA").

Pursuant to LCvR 7(m), undersigned counsel for the Center conferred with counsel for

Defendants, who state their position as follows:

> Defendants do not oppose a 7-day extension of time for Plaintiff to file an amended
> complaint under Rule 15(a)(1)(B). To the extent Plaintiff intends to concurrently

---

[1] Defendants are Douglas J. Burgum, in his official capacity as Secretary of the U.S. Department ofthe Interior; the U.S. Department of the Interior; the National Park Service; Brooke Rollins, in her official capacity as Secretary of the U.S. Department of Agriculture; and the U.S. Department of Agriculture.

move for summary judgment, Defendants believe such a motion would be premature at this stage in the litigation. Defendants reserve the right to file a Rule 12 Motion and/or any other responsive pleading after review of the amended complaint.

There is good cause to grant this motion as explained below:

1. Plaintiff seeks to amend as of right under Fed. R. Civ. P. 15(a)(1)(B).

2. The amended complaint will supersede Plaintiff's initial Complaint and moot Defendants' Motion to Dismiss, ECF No. 9, and will also moot Defendants' related motion for relief from LCvR 7(n)(1), ECF No. 10. *Melkumyan v. Power*, No. 21-2700, 2022 U.S. Dist. LEXIS 130888, at *5 n.2 (D.D.C. July 22, 2022) (citing *Adams v. Quattlebaum*, 219 F.R.D. 195, 197 (D.D.C. 2004) (denying a motion to dismiss that "pertain[ed] to the original and now-superseded complaint"); *Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C. 2003) (same)).[2]

3. The Center respectfully requests an extension of seven days, from April 13, 2026 to April 20, 2026, to amend as of right under Fed. R. Civ. P. 15(a)(1)(B). Defendants do not oppose this request.

4. In addition, Plaintiff hereby respectfully informs the Court that by April 20, 2026, Plaintiff also intends to move for summary judgment pursuant to Fed. R. Civ. P. 56 and LCvR 7(h) on its claim for relief under FLREA and the APA. In support of its summary judgment motion, Plaintiff intends to submit declarations from members of the Center for Biological Diversity to establish standing. *Seed v. EPA*, 100 F.4th 257, 261 (2024) ("At the summary judgment stage, Fed. R. Civ. P. 56, the plaintiff cannot 'rest on . . . "mere allegations," but must "set forth" by affidavit

---

[2] Under LCvR 7(b), Plaintiff's response to Defendants' motion to dismiss would have been due no later than April 6, 2026. However, because Plaintiff intends to amend its complaint as of right under Fed. R. Civ. P. 15(a)(1)(B), Plaintiff is not filing a response in opposition to Defendants' motion.

or other evidence "specific facts," which for purposes of the summary judgment motion will be taken to be true.'") (quoting *Swanson Grp. Mfg. LLC v. Jewell*, 790 F.3d 235, 240, (D.C. Cir. 2015) (alteration in original) (quoting *Defenders of Wildlife v. Lujan*, 504 U.S. 555, 561 (1992) (quoting Fed. R. Civ. P. 56(e))).

5.       Moving for summary judgment at this time furthers the interests of judicial economy and efficiency. Plaintiff's FLREA/APA challenges administrative action taken by Defendants in connection with the Defendants' use of an image of President Donald Trump (and George Washington) on the annual "America the Beautiful—The National Parks and Federal Recreational Lands Pass" for 2026.

6.       Plaintiff's FLREA/APA claim raises issues that are primarily legal in nature. The crux of the claim's underlying material facts relate to whether or not the 2026 Pass, which is currently being sold to the public, features an image of Federal recreational lands or waters as FLREA requires, 16 U.S.C. § 6807. These facts may be demonstrated by the Pass itself and other exhibits in support of, or opposition to, summary judgment. Thus, Defendants need not compile a lengthy administrative record.

7.       At minimum, summary judgment will serve to narrow the issues that are in dispute. Should the Court conclude, when ruling on Plaintiff's summary judgment motion, that there are disputed material facts which are not sufficiently determined by the parties' exhibits, Defendants may prepare an administrative record to provide a basis for review of those remaining issues.

8.       In summary, to further judicial economy and efficiency, and to allow Plaintiff additional time to prepare its amended complaint (including a red-lined version pursuant to Section 5 of the Court's Standing Order) as well as its motion for summary judgment with supporting exhibits as well as declarations, Plaintiff respectfully requests a deadline of April 20, 2026 to

amend its complaint as of right under Fed. R. Civ. P. 15(a)(1)(B), at which time Plaintiff also

intends to file a motion for summary judgment under Fed. R. Civ. P. 56.


DATED: April 8, 2026                          Respectfully submitted,


                                              */s/ Amy Atwood*
                                              Amy R. Atwood Greenwald (D.C. Bar No. 470258)
                                              Center for Biological Diversity
                                              P.O. Box 11374
                                              Portland, OR 97211-0374
                                              (971) 717-6401
                                              atwood@biologicaldiversity.org

                                              *Attorney for Plaintiff*