**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br>      *Plaintiff*, <br><br>   v. <br><br> DOUGLAS J. BURGUM, Secretary, U.S. Department of the Interior, *et al.*, <br><br>      *Defendants*. |

Civil Action No.: 1:25-cv-04285 (CJN)

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ITS AMENDED COMPLAINT AND MOTION FOR SUMMARY JUDGMENT BY APRIL 24, 2026**

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 15(a)(1)(B) and Section 9 of this Court's Standing Order, Plaintiff the Center for Biological Diversity ("the Center") hereby respectfully requests an additional extension of four days to file its First Amended Complaint as of right, from April 20, 2026 to April 24, 2026. There are no other pending deadlines in this matter.

Pursuant to LCvR 7(m) and Section 9(b) of this Court's Standing Order, the undersigned counsel for the Center requested the Defendants' position on this motion by email and telephone. Defendants did not respond with their position on this motion prior to its filing.

There is good cause to grant this motion, as explained below.

1. On April 9, 2026, the Court granted Plaintiff's first motion for an extension of time to amend as of right under Fed. R. Civ. P. 15(a)(1)(B). As Plaintiff requested, the Court set a deadline of April 20, 2026 for Plaintiff to file its amended complaint and motion for summary judgment.

2. By this motion, the Center hereby respectfully requests an additional extension of four days, from April 20, 2026 to April 24, 2026, to file its amended complaint and motion for summary judgment.

3.      Since the Court granted Plaintiff's motion, the undersigned counsel for Plaintiff had a significant cold that limited her ability to work for several days. Counsel continues to work on the amended pleading and brief. Despite diligent efforts, undersigned counsel will not be able to complete the amended pleading and summary judgment motion by the current deadline of April 20, 2026.

4.      This request is made in good faith and not for the purpose of delay.

5.      Granting this extension will not unduly prejudice any party.

Thus, Plaintiff respectfully requests that this Court grant the requested extension of time to file Plaintiff's First Amended Complaint and Motion for Summary Judgment by April 24, 2026.


DATED: April 15, 2026                    Respectfully submitted,


                                         /s/ Amy Atwood
                                         Amy R. Atwood Greenwald (D.C. Bar No. 470258)
                                         Center for Biological Diversity
                                         P.O. Box 11374
                                         Portland, OR 97211-0374
                                         (971) 717-6401
                                         atwood@biologicaldiversity.org

                                         *Attorney for Plaintiff*

2