**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> DOUGLAS J. BURGUM, Secretary, U.S. Department of the Interior, *et al.*, <br><br> *Defendants*. | Civil Action No.: 1:25-cv-04285 (CJN) <br><br> **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff hereby respectfully moves for summary judgment pursuant to Fed. R. Civ. P. 56(b) and LCvR 7(h). ECF No. 15 (First Amended Complaint); Standing Order ¶¶ 8, 10. In support of this Motion, Plaintiff is filing a Memorandum of Law, Statement of Facts, Proposed Order, Exhibits 1-23, and the declarations of Amy Atwood (lead counsel for Plaintiff), Kierán F. Suckling, Ryan Deibert, Stephen Raher, Melanie Topham, and Brett Hartl.

Through this Motion, Plaintiff explains how Defendants' decision—announced in a news release and a video on November 25, 2025 from Doug Burgum, the Secretary of the U.S. Department of the Interior and lead Defendant in this matter—to use a design featuring President Donald Trump on the 2026 "America the Beautiful-The National Parks and Federal Lands Pass is unlawful agency action that was arbitrary, capricious, and contrary to the Federal Lands Recreation Enhancement Act, 16 U.S.C. §§ 6804-6810 ("FLREA" or "Act"), in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) ("APA").

The sole legal authority by which Secretary Burgum and the Defendants are to select the image to be used on the Annual Pass each year is found in section 805(a)(2) of FLREA. 16

U.S.C. § 6804(a)(2).  Until this year Defendants have consistently issued the Pass annually for nearly two decades in accordance with that provision.  They were preparing to do so again, announcing in a June 17, 2026 news release that the first-place winner of the 2024 Share the Experience Photo Contest—a breathtaking photograph of towering mountain peaks above alpine waters in Glacier National Park—would be used on the 2026 Annual Pass.  Yet, a few months later, Defendants abruptly changed course and summarily dispensed with the Glacier National Park photograph in favor of the design featuring President Trump.

Whatever machinations may have permeated Defendants' decisionmaking process behind the scenes, the decision is evident from the offending 2026 America the Beautiful Pass itself, which continues to be sold to the American public today, as well as Secretary Burgum's rationale which is apparent from the November 25 announcement.  There are no material facts so genuinely disputed that they must be rigorously scrutinized and litigated with a voluminous administrative record.  The only pertinent issue is whether the decision bears any connection to the reasons Congress intended in enacting FLREA.

Yet rather than simply resolve that question and move on—and to proceed based on a timeframe that may provide meaningful relief to Americans who, like Plaintiff's declarants, simply wish to have a Pass this year to visit the special places they love and share with all Americans for respite, renewal, and recreation, Defendants seek to delay and consume resources by interrogating Plaintiff's standing.  However, Plaintiff's declarations in support of this Motion

make abundantly clear that the Center has associational standing to bring this Claim for Relief and to obtain the requested relief.[1]

Thus, for the reasons made clear by this Motion and its supporting materials, summary judgment for Plaintiff is the both warranted and the most efficient way to proceed. To remedy Defendants' violations of FLREA and APA, the Center respectfully requests the Court to issue declaratory relief and to vacate and remand the Secretaries' unlawful actions for further consideration and explanation.

DATED:        April 27, 2026            Respectfully submitted,


                                       */s/ Amy Atwood*
                                       Amy R. Atwood Greenwald (D.C. Bar No. 470258)
                                       Center for Biological Diversity
                                       P.O. Box 11374
                                       Portland, OR 97211-0374
                                       (971) 717-6401
                                       atwood@biologicaldiversity.org

                                       *Attorney for Plaintiff*

---

[1] Plaintiff's associational standing is also set forth in its First Amended Complaint. ECF No. 15 at ¶¶ 10-15.