**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

       *Plaintiff,*

   v.

BURGUM, *et al*.,

       *Defendants*.

Civil Action No.: 1:25-cv-04285 (CJN)

**PLAINTIFF'S NOTICE OF ERRATA**

Plaintiff the Center for Biological Diversity hereby gives Notice of Errata as to the following:

1.  April 27, 2026, Docket Entry No. 16-7, entitled "Declaration of Melanie Topham" was filed without the dated signature page, ECF No. 16-7; and

2.  April 27, 2026 Docket Entry No. 16-9, entitled "Declaration of Amy Atwood," was filed without the correct table of exhibits in paragraph 10, ECF No. 16-9 (Atwood Decl.) ¶ 10.

DATED:                     Respectfully submitted,

                            */s/ Amy Atwood*
                            Amy R. Atwood Greenwald (D.C. Bar No. 470258)
                            Center for Biological Diversity
                            P.O. Box 11374
                            Portland, OR 97211-0374
                            (971) 717-6401
                            atwood@biologicaldiversity.org

                            *Attorney for Plaintiff*