**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>   v.<br><br>DOUGLAS BURGUM, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>      Defendants. | Case No. 1:25-cv-4285-CJN |

## DEFENDANTS' MOTION TO DISIMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, by and through undersigned counsel, respectfully move to dismiss Plaintiff's First Amended Complaint for the reasons set forth in the accompanying memorandum of points and authorities.  In accordance with Local Civil Rule 7(c) and Standing Order Rule 8(a), Defendants have submitted a corresponding proposed order with their Motion and a proposed order in Word format to the Court via email.

Respectfully submitted this 22nd day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General


*/s/ Alexa V. Penalosa*
ALEXA V. PENALOSA (AZ 038005)
JENNIFER A. NAJJAR (CO 50494)
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE

1

2

Washington, D.C. 20002
Phone: (202) 294-3569 (Penalosa)
Email: alexa.penalosa@usdoj.gov

*Attorneys for Defendants*

2