**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

DOUGLAS BURGUM, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Case No. 1:25-cv-4285 (CJN)

**NOTICE OF WITHDRAWAL AS COUNSEL**

Under Local Rule 83.6(b), Peter M. Torstensen, Jr., provides notice of withdrawal from representing Defendants because he is leaving the Department of Justice. Federal Defendants will continue to be represented by Jennifer Najjar and Alexa Penalosa, who have entered appearances in this case.

Dated: August 19, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Peter M. Torstensen, Jr.*

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Tele: (202) 598-9646
peter.torstensen@usdoj.gov