AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY
*Plaintiff*
v.
DOUGLAS BURGUM, SECRETARY, U.S. DEPARTME
*Defendant*

Case No. 1:25-cv-4285 (CJN)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 08/20/2026

*Attorney's signature*

Robert L. Levy (Texas 12268660)
*Printed name and bar number*

Environment and Natural Resources Division
U.S. Department of Justice
925 Pennsylvania Ave. N.W.
Washington, D.C. 20530
*Address*

Robert.Levy@USDOJ.Gov
*E-mail address*

(202) 532-3264
*Telephone number*

*FAX number*