**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS BURGUM, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-4285 (CJN)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants respectfully submit this notice of supplemental authority concerning a new Supreme Court decision. *Nat'l Park Serv. v. Nat'l Tr. for Historic Pres. in the United States*, 609 U.S. ___, No. 26A203, 2026 WL 2564318 (U.S. Aug. 31, 2026) (*per curiam*). The Court granted the government's application to stay an injunction prohibiting construction of the East Wing of the White House, *id.* at *1, holding that aesthetic interests in viewing the White House likely did not suffice to establish Article III standing, *id.* at *2–3.

The National Trust for Historic Preservation in the United States ("Trust") asserted standing based on its member's "desire to view" the East Wing in "stately simplicity." *Id.* at *3 (citation omitted). She claimed that "having to view the finished ballroom the government is constructing would cause her to suffer injuries to her aesthetic, cultural, and historical interests because she finds the scale, height, and massing of the government's design distasteful." *Id.* at *2 (citation omitted). But the Supreme Court found her asserted injuries insufficient to establish standing because "mere offense, disagreement, or distaste does not qualify as a concrete and particularized injury under Article III." *Id.*

This decision confirms that Plaintiffs' claims here must be dismissed for lack of Article III standing. The Court's reasoning in *National Park Service* applies squarely to Plaintiffs' claims: like the Trust's member, they allege "offense[]" with the image on a national park pass. *See* Dkt. 27, Def.'s Mem. in Supp. of Mot. to Dismiss 13-17, 16. But the Court's decision confirms that mere visual displeasure is not sufficient for an Article III injury.[1]

For all these reasons, *National Park Service* mandates that the Court grant Defendants' Motion to Dismiss, Dkt. 27.

Respectfully submitted this 4th day of September, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy and Natural Resources Division

ROBERT LEVY
Senior Counsel to the Assistant Attorney General
U.S. Department of Justice
Energy and Natural Resources Division

*/s/ Alexa V. Penalosa*
ALEXA V. PENALOSA, Trial Attorney (AZ 038005)
JENNIFER A. NAJJAR, Trial Attorney (CO 50494)
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tele: (202) 294-3569 (Penalosa)
Alexa.penalosa@usdoj.gov

*Attorneys for Defendants*

[1] For the reasons previously stated, Plaintiff's other theories of injury are foreclosed.